# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-1789**   Case Manager: **Jill Colyer**

Case Name: **MRP Properties Co., LLC et al. v. USA**

Is this case a cross appeal?   ☐ Yes   ☒ No

Has this case or a related one been before this court previously?   ☐ Yes   ☒ No

If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☒ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> MRP Properties Co, LLC
> Valero Refining Co, Oklahoma
> Premcor Refining Group Inc.
> Ultramar, Inc.
> Valero Refining Co, Tennessee LLC
> Valero Refining, Texas LP
>
> -The Supreme Court has held that, under CERCLA, a facility's operator is one who manages, directs, or conducts operations "specifically related to pollution, that is, operations having to do with the leakage or disposal of hazar[dous] waste, or decisions about compliance with environmental regulations."  Is regulation of a facility's general opera[tions], absent specific evidence of control over leakage or disposal of hazardous waste or environmental compliance, s[ufficient] to render an entity liable as an operator of the facility?

**This is to certify that a copy of this statement was served on opposing counsel of record this** __12__ **day of** September , 2022 .

Michelle Melton
Name of Counsel for Appellant